05-93-1826-CR



FILED IN
COURT OF APPEALS

JUN 2 1 1999

LISA RCMPCK
CLF~K 5th D"~RICT

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. 73,429

### EX PARTE ANTHONY CARL TURNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

### O P I N I O N

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of the offense of burglary of a vehicle, and punishment was assessed at ninety-nine years imprisonment. This conviction was affirmed. Turner v. State, No. 05-93-01826-CR (Tex. App. — Dallas, delivered June 5, 1996, no pet.).

Applicant contends that he was denied an opportunity to file a petition for

discretionary review because his appellate attorney did not timely notify him that his conviction had been affirmed. The trial court could not determine that Applicant was aware that his conviction had been affirmed in time to file a petition for discretionary review and recommended that relief be granted. We agree with the trial court's recommendation.

Habeas corpus relief is granted, and Applicant is granted leave to file an out-of-time petition for discretionary review from his conviction in cause number F93-60164-HL from the Criminal District Court Number 5 of Dallas County. Applicant is ordered returned to the point at which he can file a meaningful petition for discretionary review. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days of the date the mandate of this Court has issued.

DELIVERED: June 16, 1999
DO NOT PUBLISH

Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711






73,429

LISA ROMBOK
CLERK  5TH COURT OF APPEALS
COURTHOUSE  600 COMMERCE 2ND FLOOR
DALLAS TX 75202